UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 07, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MICHAEL DAVIS,

    Defendant.

Case No. 2:25-cr-00069-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  THOMAS MICHAEL DAVIS , Case No.  2:25-cr-00069-TLN , Charge 18 USC § 2252(a)(2), from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

     X   Unsecured Appearance Bond $  20,000.00

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other):  Defendants release is delayed until 04/08/2025 at 9:00 AM. Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

0Issued at Sacramento, California on April 07, 2025, at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire