MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00069-DC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE OF STATUS CONFERENCE, EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER. |
| v. | |
| THOMAS DAVIS, | |
| Defendant. | DATE: May 2, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. DENA COGGINS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 2, 2025.

2. By this stipulation, the United States now moves to continue the status conference until July 18, 2025, and to exclude time between May 2, 2025, and July 18, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and memorandums in documentary form totaling over two hundred pages, several hours of video and audio footage, physical evidence, and the extracted contents of several electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        b)        Counsel for defendant desires additional time to consult with his client, review the provided discovery materials, discuss potential resolutions with his client, and otherwise prepare for trial.

        c)        Counsel for defendant does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2025 to July 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: April 24, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
THOMAS DAVIS

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for May 2, 2025, at 9:30 a.m. is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period of May 2, 2025 to July 18, 2025, inclusive, is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 24, 2025**

Dena Coggins
United States District Judge