MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00069-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| THOMAS MICHAEL DAVIS, | DATE: July 18, 2025 TIME: 9:30 a.m. COURT: Hon. DENA COGGINS |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 18, 2025. A hearing on defendant's Motion to Dismiss was also set for July 18, 2025. Dkt. No. 22.

2. By this stipulation, defendant now moves to continue both the status conference and the motion hearing until August 29, 2025. Defendant also moves to exclude time between July 18, 2025, and August 29, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and memorandums in documentary form totaling over two hundred pages, several hours of video and audio footage, physical evidence, and the extracted contents of

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 several electronic devices. All of this discovery has been either produced directly to counsel
2 and/or made available for inspection and copying. Due to the nature of the charges in this case, a
3 substantial portion of the electronic evidence remains in the government's custody, which
4 requires defense counsel to travel to inspect it. *See* 18 U.S.C. § 3509(m).

     b)     Counsel for defendant desires additional time to consult with his client, review and copy discovery, and research further pretrial motions.

     c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)     The government does not object to the continuance.

     e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2025 to August 29, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 30, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated:  June 30, 2025

/s/ Doug Beevers
Doug Beevers
Counsel for Defendant
Thomas Michael Davis

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference and the Motion Hearing as to Defendant's Motion to Dismiss, scheduled for July 18, 2025, at 9:30 a.m. is VACATED and RESET for August 29, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between July 18, 2025 and August 29, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(D) [Local Code E], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: __**June 30, 2025**__

Dena Coggins
United States District Judge