```
ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00069-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| THOMAS MICHAEL DAVIS, | DATE: August 29, 2025 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. DENA COGGINS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 29, 2025. A hearing on defendant's Motion to Dismiss was also set for August 29, 2025. Dkt. No. 25.

2. Defense counsel is unavailable on August 29, 2025.

3. By this stipulation, the parties now move to continue both the status conference and the motion hearing until September 19, 2025. Defendant also moves to exclude time between August 29, 2025, and September 19, 2025, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and memorandums in documentary form totaling over two hundred

pages, several hours of video and audio footage, physical evidence, and the extracted contents of several electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Due to the nature of the charges in this case, a substantial portion of the electronic evidence remains in the government's custody, which requires defense counsel to travel to inspect it. *See* 18 U.S.C. § 3509(m).

      b)      Counsel for defendant desires additional time to consult with his client, schedule time for the in-person review of electronic evidence, and research and consider potential future motions.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2025 to September 19, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: August 19, 2025 | ERIC GRANT<br>United States Attorney |
| | /s/ CHARLES CAMPBELL<br>CHARLES CAMPBELL<br>Assistant United States Attorney |
| Dated: August 19, 2025 | /s/ DOUG BEEVERS<br>DOUG BEEVERS<br>Counsel for Defendant<br>Thomas Michael Davis |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference and Motion Hearing scheduled for August 29, 2025, at 9:30 a.m. is VACATED and RESET for September 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 29, 2025 and September 19, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: __**August 21, 2025**__

_____
Dena Coggins
United States District Judge