ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00069-DC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING; ORDER |
| v. | DATE: March 20, 2026 |
| THOMAS MICHAEL DAVIS, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. DENA COGGINS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Thomas Michael Davis, by and through defendant's counsel of record, Douglas Beevers, hereby stipulate as follows:

1.      Defendant pled guilty to a single count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on September 19, 2025.  *See* Dkt. No. 29.  At the sentencing hearing, held on January 14, 2026, the parties agreed to address the issue of restitution at a separate hearing.  Dkt. No. 37. The restitution hearing was set for March 20, 2026.  Dkt. No. 37.

2.      At the time of filing, the parties have received 14 requests for restitution from series victims.  The defendant has agreed to pay five of these claims totaling $15,000, but defense counsel is still in negotiation regarding the other restitution requests.

3.      Defense counsel requests more time to complete these negotiations, and believes that

STIPULATION REGARDING CONTINUANCE OF
RESTITUTION HEARING

1

continuing the restitution hearing will reduce the number of contested restitution claims that this Court is required to resolve.  Accordingly, the parties respectfully request that this Court vacate the restitution hearing set for March 20, 2026, and continue said hearing until April 17, 2026.

4.    Title 18 U.S.C. § 3664(d)(5) states that a restitution hearing such as the one in this case shall be set in a time "not to exceed 90 days after sentencing."  As sentencing in this case was held on January 14, 2026, that 90-day window will close on April 14, 2026.

5.    In *Dolan v. United States*, 560 U.S. 605 (2010), the United States Supreme Court held that the 90-day period set forth in § 3664(d)(5) is a time-related directive which is "legally enforceable but does not deprive a judge or other public official of the power to take the action to which the deadline applies if the deadline is missed." *Id.* at 611.

6.    On March 10, 2026, Defendant and defense counsel signed a waiver of the 90-day period set out in § 366(d)(5).  That waiver, filed separately, states that the Defendant "acknowledges being informed of the rights under Title 18 U.S.C. §§ 3664 to have a restitution hearing within 90 days of the date of sentencing, and he waives that right." *Waiver*, Dkt. No. 43, at 1.

7.    Based on the above, the parties believe that continuing the restitution hearing to April 17, 2026, will not cause prejudice to any party and will not limit this Court's ability to order restitution.

IT IS SO STIPULATED.

Dated:  March 11, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated:  March 11, 2026

/s/ DOUG BEEVERS
DOUG BEEVERS
Counsel for Defendant
Thomas Michael Davis

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on March 11, 2026 (Doc. No. 44), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing scheduled for March 20, 2026, is VACATED and RESET for April 17, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:     **March 11, 2026**     _____

Dena Coggins
United States District Judge

STIPULATION REGARDING CONTINUANCE OF
RESTITUTION HEARING

3