ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00069-DC |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| THOMAS MICHAEL DAVIS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's 23-page document to the Supplemental Restitution Memorandum pertaining to Defendant Thomas Michael Davis, and Government's Request to Seal filed in connection with the Notice filed on April 13, 2026 (Doc. No. 49) shall be SEALED until further order of this court.

It is further ORDERED that access to the sealed documents shall be limited to the Government and Counsel for the Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds that, for the reasons stated in the Government's request, sealing the Government's Motion serves a compelling interest. The court further finds that, in the absence of closure, the compelling interests identified by the Government would

///

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

///

be harmed. In light of the public filing of its request to seal, the court further finds that there are no additional alternatives to sealing the Government's Motion that would adequately protect the compelling interests identified by the Government.

Dated: 4/17/26

THE HONORABLE DENA M. COGGINS
UNITED STATES DISTRICT JUDGE