HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS MICHAEL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:25-cr-00069-DC-1 |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | TO CONTINUE THE SENTENCING |
| v. ) | HEARING |
| ) | |
| THOMAS MICHAEL DAVIS, ) | Date: June 24, 2026 to July 29, 2026 |
| ) | Time: 9:30 AM |
| Defendants. ) | Judge: Hon. Dena M. Coggins |
| ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Assistant United States Attorney, attorneys for the United States of America, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Thomas Michael Davis, that the restitution hearing scheduled for June 24, 2026, at 9:30 a.m., be vacated and the matter reset for July 29, 2026, at 9:30 a.m.

The defense requests this continuance because defense counsel is near settlement of one of the more complicated restitution claims brought by a victim in this case. Defense counsel also has a family emergency that makes him unavailable on June 24, 2026.    The Probation Office does not object to the continuance.

DATED: June 15, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS

Stipulation and ~~Proposed~~ Order                    -1-

Assistant Federal Defender
Attorney for THOMAS MICHAEL DAVIS

DATED: June 15, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorneys for the United States

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on June 15, 2026 (Doc. No. 57), and good cause appearing therefrom, APPROVES the parties' request to continue the Sentencing (Restitution) Hearing. Accordingly, the Sentencing (Restitution) Hearing scheduled for June 24, 2026 is VACATED and RESET for July 29, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider shall be filed no later than 12:00 PM (Noon) on July 22, 2026.

IT IS SO ORDERED.

Dated:    **June 16, 2026**    _____
Dena Coggins
United States District Judge

Stipulation and ~~Proposed~~ Order                    -3-